UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC -3 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

LAMOND L. LATNEY, #1191417   :
:
　　Petitioner,   :
:
v.   :   Case No.: 2:15cv230
:
HAROLD W. CLARKE,   :
Director, Virginia Department   :
of Corrections   :
:
　　Respondent.   :

# FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of petitioner's constitutional rights pertaining to his convictions in 2006 in the Caroline County Circuit Court for robbery, attempted robbery and use of a firearm during the commission of a felony. As a result of the convictions, petitioner was sentenced to serve 33 years in prison with 25 years suspended, leaving an active time to serve of eight years.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed November 2, 2015, recommends dismissal of the petition with prejudice. The Report and Recommendation advised petitioner of his right to object and the time limit for doing so. The Court has received no objections, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the

Report and Recommendation filed November 2, 2015, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk is directed to mail a copy of this Final Order to petitioner and to provide an electronic copy of the Final order to counsel of record for respondent.

_____
RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
_____, 2015